NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
Email: nfreyeslaw@gmail.com

Attorney for Defendant
ALEJANDRO ALVAREZ

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:20-CR-00086-WKO |
| Plaintiff, | DEFENSE COUNSEL'S STATUS CONFERENCE STATEMENT |
| v. | |
| ALEJANDRO ALVAREZ, | |
| Defendant. | |

## BACKGROUND

This case arising out of Defendant's arrest on November 1, 2017. Defendant was in state custody facing state charges based on the underlying facts and charges in the present Indictment.

On November 23, 2020, twenty-eight (28) months after a failure to obtain a conviction on the state charges San Francisco Police Department Officer Michael Tursi, a subsequently deputized task force officer now with Drug Enforcement Administration, by affidavit procured a complaint in the Northern District of California U.S. District Court.

The Indictment was filed on February 20, 2020, just prior to the COVID-19 pandemic. Defendant has had 2 previous attorneys and now present counsel has been on this matter for approximately 30 days.

1

## DISCOVERY

Discovery was forwarded by prior counsel on June 14, 2021. Discovery consists of a significant volume including over 1600 jail calls, 1300 mobile telephone locator pings, search warrant issues previously litigated and confidential informant issues previously litigated.

Present counsel requires the transcripts and court rulings of the litigated motion hearings. In addition, counsel requires additional time to adequately prepare and absorb the underlying discovery.

## COUNSEL'S AVAILABILITY

Counsel has the following previously set jury trials:

| Case | County | Date |
|---|---|---|
| *People v. Simon Garcia* | Madera County | August 17, 2021 |
| *People v. Marcos Barboza* | Alameda County | July 19, 2021 |
| *People v. Marco Antonio Angulo* | Fresno County | August 6, 2021 |
| *Mahmoud v. Dibuduo, et al* | Fresno County | August 13, 2021-trial readiness<br>August 16, 2021-jury trial<br>(2 weeks) |
| *United States v. Serrato Calles* | Eastern District | September 8, 2021 (3 weeks) |

In addition, counsel has daily court obligations in ongoing criminal matters delayed from COVID-19 delays which now are being set for trial if not resolved. My current courtroom calendar has been impacted due to delayed setting of jury trials.

## REQUESTED ACTION

Counsel for the defense requests Alejandro Alvarez's case be set for further Status Conference to allow for adequate preparation, investigation, and potential Henthorn issues to be raised prior to trial.

Counsel also requires the preparation and investigation time in order to prepare and digest the underlying case. Counsel is aware of the lengthy prior delays and this request is made with the consent and request of the defendant.

2

1  Should this Court desire to place this matter on the trial calendar, counsel respectfully
2  requests a trial date in late December 2021 or early January 2022.

Respectfully submitted,

Dated: 07/09/2021

/s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant