STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JOSEPH TARTAKOVSKY (CABN 282223)
ALEXIS JAMES (NYBN 5603865)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7320
    Fax: (415) 436-7234
    Joseph.Tartakovsky@usdoj.gov
    Alexis.James@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO ALVAREZ, <br><br> Defendant. | NO. 3:20-CR-00086-WHO-1 <br><br> **GOVERNMENT'S RESPONSE TO DEFENDANT'S DEMAND FOR DISCLOSURE OF POST ARREST STATEMENT AFTER MIRANDIZED BY SAN FRANCISCO POLICE DEPARTMENT OFFICER REEDER** <br><br> Pretrial Conf.: December 20, 2021, 2 p.m. <br> Trial: January 10, 2022 <br> Court: Hon. William H. Orrick |

    Defendant Alejandro Alvarez moves for disclosure of an alleged "statement" that he "recalls" that he made when he placed phone calls, on the day of his arrest, in the presence of a police officer, naming one officer in particular. Dkt. 80 at 1. The government has informed the defense that it is aware of no such statement, recorded or unrecorded, to disclose or to use at trial for any purpose.

DATED:    December 13, 2021

                                                      /s/
                                          JOSEPH TARTAKOVSKY
                                          ALEXIS JAMES
                                          Assistant United States Attorneys