STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ALEXIS JAMES (NYBN 5603865)
JOSEPH TARTAKOVSKY (CABN 282223)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    Fax: (415) 436-7234
    Alexis.James@usdoj.gov
    Joseph.Tartakovsky@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO ALVAREZ, <br><br> Defendant. | NO. 3:20-CR-00086-WHO-1 <br><br> **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR HENTHORN MATERIALS** <br><br> Pretrial Conf.: December 20, 2021, 2 p.m. <br> Trial:          January 10, 2022 <br> Court:        Hon. William H. Orrick |

    Defendant Alejandro Alvarez moves for *Henthorn*, *Gigilio*, and *Brady* materials related to any witness the government intends to call at trial. Dkt. 83. The government does not oppose producing these materials and intends to do so prior to the pretrial conference on December 20. 2021, pursuant to a protective order.[1]

    It is well-settled that *Brady* requires the government to examine the personnel files of its law enforcement officer witnesses for any information about its witnesses that could cast doubt upon their

---

[1] The government has provided defense counsel with a draft stipulation and proposed protective order for the *Henthorn* materials.

credibility. *United States v. Jennings*, 960 F.2d 1488, 1490 (9th Cir. 1992) (citing *United States v. Henthorn*, 931 F.2d 29, 30 (9th Cir. 1991). Defense specifically requests that the government provide these materials to the Court for an *in camera* inspection to ensure "impartiality and thoroughness of the review procedure." Dkt. 83 at 8. Defense offers no further reasoning for *in camera* inspection.[2] The government opposes such a request, which departs from the normal practice. *See Jennings*, 960 F.2d at 1492 (citations omitted) (stating that the court should presume that the government will obey the law).

DATED:     December 13, 2021

                                                                     /s/
                                             ALEXIS JAMES
                                             JOSEPH TARTAKOVSKY
                                             Assistant United States Attorneys

---

[2] There are no allegations that the government is withholding these materials.