UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALEJANDRO ALVAREZ,<br>Defendant. | Case No. 20-cr-00086-WHO-1<br><br>**ORDER REGARDING REQUESTS FOR RELEASE AND DISCOVERY**<br>Re: Dkt. Nos. 111, 112, 113, and 114 |

Defendant Alejandro Alvarez has filed two motions.[1] First, he requests release from custody because he is at a high risk for getting sick, has been on good behavior for the past four years, and will be compliant with conditions that would protect the public. I have read his motion and his letter to me, appreciate his health concerns and recognize his belief that his arrest was a result of police corruption. I know how long Mr. Alvarez has been in custody. (Some of that time was caused by his repeated terminations of his counsel.) But now there are only two months to go until his trial commences. He is charged with a very serious drug trafficking crime. And, despite his proposed conditions of release, there is a significant risk of flight. With that in mind, I deny his motion for release.

Second, Mr. Alvarez requests discovery. The government is directed to respond to his request by February 11, 2022. It shall also lodge with me the unredacted and redacted versions of information already provided to Mr. Alvarez regarding Officer Tursi. After I review the response, I will issue a further order regarding Mr. Alvarez's discovery motion.

---

[1] Standby counsel John J. Jordan secured translations of Mr. Alvarez's motions, which were written in Spanish, and I assume Mr. Jordan will secure a translation of this Order into Spanish for Mr. Alvarez. If that is incorrect, Mr. Jordan should contact the Court immediately.

1   Mr. Alvarez's letter to me makes broad accusations of corruption.  I do not doubt that he is
2  sincere in his beliefs.  I want to remind him that at trial, however, the issue is whether he is guilty
3  of the crime charged: knowing and intentional possession with intent to distribute of 500 grams
4  and more of a mixture and substance containing a detectable amount of methamphetamine, its
5  salts, isomers, or salts of its isomers, on or about November 1, 2017.  Admissible evidence will
6  need to relate to that charge and not some broader theme that is unrelated to the charge at hand.
7   Although we have held two pretrial conferences already, I will hold a third one at 2 pm on
8  March 21, 2022.  The purpose will be to remind the parties of the Court's procedures for the trial
9  and to address any lingering issues.
10  **IT IS SO ORDERED.**
11  Dated: February 4, 2022



William H. Orrick
United States District Judge