JOHN J. JORDAN, ESQ. (State Bar No. 175678)
601 Montgomery Street, Suite 850
San Francisco, CA 94111
Tel:  (415) 391-4814
Fax: (415) 391-4308
jjordanesq@aol.com

Stand By Counsel for Defendant
ALEJANDRO ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR-20-00086-WHO |
| Plaintiff, | **STATUS REPORT AND NOTICE OF CONTINUED OBJECTIONS BY DEFENDANT ALVAREZ** |
| vs. | |
| ALEJANDRO ALVAREZ, | |
| Defendant. | HON.  WILLIAM H. ORRICK |

The defendant, ALEJANDRO ALVAREZ, proceeding pro-per, through stand-by counsel John J. Jordan, hereby files this Status Report and Notice of Continued Objections by defendant Alvarez.

1. On March 23, 2022, the government informed counsel that Santa Rita jail had rejected the idea of keeping the Tursi DPA deposition papers at the jail and providing it when requested by the defendant, stating that "As far as the paper materials, we just don't have the space or man power to be able to store and  keep track of paperwork/discovery and have it available for inmates to review."  Counsel then scheduled and held a two hour video conference with the defendant and an interpreter on March 26, 2022, and reviewed the deposition with the defendant. At the conclusion of the conference, the defendant asked counsel to lodge a further objection

Status Report and Notice of Objections

1

with the court and a continued request to be personally provided with an un-redacted paper copy of the deposition.

    2. The defendant received the discovery tablet with government discovery, including the recorded jail calls, on March 29, 2022. There had been further delay when Alameda County requested an un-encrypted disc which counsel personally delivered on March 29, 2022. On March 31, 2022, during a video conference with an interpreter, the defendant confirmed to counsel that he had the tablet and it was functioning properly. The defendant asked counsel to inform the Court that he has a continued objection to the transcripts of the "jail calls" as he believes that he did not make several of the statements attributed to him. Counsel has suggested to the defendant that he compile a written list of the statements he believes were not made and provide it to counsel, to be forwarded to the government and the Court.

    3. On March 31, 2022, the defendant also informed counsel that he has no objections at this time to the proposed jury instructions.

DATED: April 1, 2022.                                 Respectfully submitted,

                                                   */s/ John J. Jordan*
                                                   JOHN J. JORDAN

Status Report and Notice of Objections

2