STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JOSEPH TARTAKOVSKY (CABN 282223)
ALEXIS JAMES (NYBN 5603865)
Assistant United States Attorneys

>450 Golden Gate Avenue, Box 36055
>San Francisco, California 94102-3495
>Telephone: (415) 436-7320
>Fax: (415) 436-7234
>Joseph.Tartakovsky@usdoj.gov
>Alexis.James@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 3:20-CR-00086-WHO-1 |
|---|---|
| Plaintiff, | ) **UNITED STATES' SECOND CORRECTED** |
| | ) **SECOND AMENDED EXHIBIT LIST** |
| v. | ) |
| | ) Judge:         Hon. William H. Orrick |
| ALEJANDRO ALVAREZ, | ) Pretrial Conf.: March 21, 2022 |
| | ) Time:          2:00 p.m. |
| Defendant. | ) Trial Date:    April 7, 2022 |
| | ) |

1  The United States respectfully submits the following Second Amended Exhibit List for exhibits
2  that may be used during the government's case-in-chief.  This list does not include all exhibits that the
3  government may seek to use for refreshing recollection, impeachment, or rebuttal purposes. The
4  government respectfully reserves the right to amend this list prior to and during trial as necessary. A
5  number of exhibits will be used, as necessary, to refresh recollection or as past recollection recorded, or
6  for similar purposes.

8  DATED:      April 6, 2022                    _____/s/_____
                                                JOSEPH TARTAKOVSKY
9                                               ALEXIS JAMES
                                                Assistant United States Attorneys

| Exhibit Number | Date Marked for Identification | Date Admitted in Evidence | Description | Bates beg. and end | |
|---|---|---|---|---|---|
| 1 | | | Street photograph of Alejandro Alvarez | AA-0000002 | |
| 2 | | | Street photograph of Alvarez associate | AA-0000003 | |
| 3 | | | SFPD Incident Report #170-892-939 by SFPD Sgt. Tursi, 11-13-2017 [on Samsung phone extractions] | AA-0000005 | AA-0000008 |
| 4 | | | Red Samsung screenshot ["About Device" for -2968 phone, Galaxy J3 Prime] | AA-0000017 | |
| 5 | | | Red Samsung screenshot [Chapito, 10/29-30 2017 texts] | AA-0000018 | |
| 6 | | | Red Samsung screenshot [Chapito, 10/30-31 2017 texts] | AA-0000019 | |
| 7 | | | Red Samsung screenshot [Felipillo, 10/31 2017 texts] | AA-0000020 | |
| 8 | | | Red Samsung screenshot [Felipillo, 10/31-11/1 2017 texts] | AA-0000021 | |
| 9 | | | Red Samsung screenshot [Felipillo, 10/31-11/1 2017 texts] | AA-0000022 | |
| 10 | | | Red Samsung screenshot [Espiga, 10/31 2017 texts] | AA-0000023 | |
| 11 | | | Red Samsung screenshot [Espiga, 10/31-11/1 2017 texts] | AA-0000024 | |
| 12 | | | Red Samsung screenshot [Creisy Nuevo, 11/1 2017 texts] | AA-0000025 | |
| 13 | | | Red Samsung screenshot [Kain, 10/29 2017 texts] | AA-0000026 | |
| 14 | | | Red Samsung screenshot [Kain, 10/29 2017 texts] | AA-0000027 | |
| 15 | | | Red Samsung screenshot [Kain, 10/30 2017 texts] | AA-0000028 | |
| 16 | | | Red Samsung screenshot [Kain, 10/29 & 11/2 2017 texts] | AA-0000029 | |
| 17 | | | Red Samsung screenshot ["yummy tasty chocolate," 10/29 2017 texts] | AA-0000030 | |
| 18 | | | Black Samsung screenshot ["About Phone" for -3572 phone, Galaxy J7 Prime] | AA-0000031 | |
| 19 | | | Black Samsung screenshot [Alvarez selfie outside] | AA-0000032 | |
| 20 | | | Black Samsung screenshot [Alvarez selfie holding phone] | AA-0000033 | |
| 21 | | | Black Samsung screenshot [screenshot of ledger] | AA-0000034 | |
| 22 | | | Black Samsung screenshot [picture of ledger w/ 10/10-11/17] | AA-0000035 | |
| 23 | | | Black Samsung screenshot [picture of ledger w/ 10/15-16/17] | AA-0000036 | |
| 24 | | | Black Samsung screenshot [picture of ledger w/ 10/15-16/17] | AA-0000037 | |
| 25 | | | Black Samsung screenshot [picture of ledger w/ 10/17-19/17] | AA-0000038 | |
| 26 | | | Black Samsung screenshot [picture of ledger w/ 10/20-21/17] | AA-0000039 | |
| 27 | | | Black Samsung screenshot [picture of ledger w/ 10/25-26/17] | AA-0000040 | |
| 28 | | | Black Samsung screenshot [picture of ledger w/ 10/23/17] | AA-0000041 | |
| 29 | | | Photo of seized white meth | AA-0000042 | |
| 30 | | | Photo of seized white meth | AA-0000043 | |
| 31 | | | Photo of seized white meth | AA-0000044 | |
| 32 | | | Photo of seized white meth | AA-0000045 | |
| 33 | | | Photo of seized "Cloro" boxes | AA-0000046 | |
| 34 | | | Photo of seized "Cloro" boxes | AA-0000047 | |
| 35 | | | Photo of seized "Cloro" boxes | AA-0000048 | |
| 36 | | | Photo of seized "Luis" and "Blue" wrapped packages | AA-0000049 | |
| 37 | | | Photo of seized "Luis" wrapped packages | AA-0000050 | |
| 38 | | | Photo of seized "Luis" and "Blue" wrapped packages | AA-0000051 | |
| 39 | | | Photo of seized "Luis" wrapped packages | AA-0000052 | |
| 40 | | | Photo of seized blue & white meth, heroin | AA-0000053 | |
| 41 | | | Photo of seized blue & white meth | AA-0000054 | |
| 42 | | | Photo of seized blue & white meth, heroin | AA-0000055 | |
| 43 | | | Photo of seized blue & white meth, heroin | AA-0000056 | |
| 44 | | | Photo of seized heroin | AA-0000057 | |
| 45 | | | Photo of seized heroin | AA-0000058 | |
| 46 | | | Photo of seized white meth | AA-0000059 | |
| 47 | | | SFPD property transfer receipt, 11-8-2017 | AA-000076 | |

UNITED STATES' SECOND CORRECTED SECOND AMENDED EXHIBIT LIST
Case No. 3:20-CR-00086-WHO-1                                                                                           v. 7/10/2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | | | SFPD Case Report # 170-892-939 by SFPD Sgt. Tursi (re Samsung phone extractions), 11-9-2017 | AA-0000077 | AA-0000078 |
| 49 | | | SW by Superior Court of CA, S.F. (re T-Mobile Metro PC), 11-5-2017 | AA-0000079 | AA-0000090 |
| 50 | | | SW by Superior Court of CA, S.F. (re T-Mobile Petro PC), 11-15-2017 | AA-0000110 | AA-0000119 |
| 51 | | | SFPD Incident Report # 170-892-939 by SFPD Officer Tursi, 11-1-2017 | AA-0000125 | AA-0000137 |
| 52 | | | Phone dial call logs | AA-0000229 | AA-0000232 |
| 53 | | | AT&T wireless subscriber information | AA-0000233 | AA-0000234 |
| 54 | | | SFPD Tip Sheet, 11-14-2017 | AA-0000235 | |
| 55 | | | Notes on "Chewy" movement per T-Mobile pings | AA-0000236 | AA-0000240 |
| 56 | | | Call details by SFPD | AA-0000241 | AA-0000242 |
| 57 | | | Analyst Notes | AA-0000243 | |
| 58 | | | SFPD photo of white meth | AA-0000292 | |
| 59 | | | SFPD photo of white meth | AA-0000293 | |
| 60 | | | SFPD photo of white meth | AA-0000294 | |
| 61 | | | SFPD photo of white meth | AA-0000295 | |
| 62 | | | SFPD photo of white meth | AA-0000296 | |
| 63 | | | SFPD photo of "Cloro" boxes | AA-0000297 | |
| 64 | | | SFPD photo of "Cloro" boxes | AA-0000298 | |
| 65 | | | SFPD photo of "Cloro" boxes | AA-0000299 | |
| 66 | | | SFPD photo of "Luis" and "Blue" packages | AA-0000300 | |
| 67 | | | SFPD photo of "Luis" | AA-0000301 | |
| 68 | | | SFPD photo of "Luis" and "Blue" packages | AA-0000302 | |
| 69 | | | SFPD photo of "Luis" and "Blue" packages | AA-0000303 | |
| 70 | | | SFPD photo of blue & white meth and heroin | AA-0000304 | |
| 71 | | | SFPD photo of blue & white meth | AA-0000305 | |
| 72 | | | SFPD photo of blue & white meth and heroin | AA-0000306 | |
| 73 | | | SFPD photo of blue & white meth and heroin | AA-0000307 | |
| 74 | | | SFPD photo of heroin | AA-0000308 | |
| 75 | | | SFPD photo of heroin | AA-0000309 | |
| 76 | | | Red Samsung screenshot [Chapito, 10/29-11/1 2017 texts] [redacted] | AA-0000310 | |
| 77 | | | Red Samsung screenshot [Chapito, 10/30-31 2017 texts] [redacted] | AA-0000311 | |
| 78 | | | Red Samsung screenshot [Creisy Nuevo, 11/1 2017 texts] [redacted] | AA-0000312 | |
| 79 | | | Red Samsung screenshot [Felipillo, 10/31 2017 texts] [redacted] | AA-0000313 | |
| 80 | | | Red Samsung screenshot [Felipillo, 10/31, 11/1 2017 texts] [redacted] | AA-0000314 | |
| 81 | | | Red Samsung screenshot [Felipillo, 10/31, 11/1 2017 texts] [redacted] | AA-0000315 | |
| 82 | | | Red Samsung screenshot [Espiga, 10/31 2017 texts] [redacted] | AA-0000316 | |
| 83 | | | Red Samsung screenshot [Espiga, 10/31, 11/1 2017 texts] [redacted] | AA-0000317 | |
| 84 | | | Red Samsung screenshot [Bugui, 10/29 2017 texts] [redacted] | AA-0000318 | |
| 85 | | | Red Samsung screenshot ["About Device," Galaxy J3 Prime] | AA-0000319 | |
| 86 | | | Red Samsung screenshot [Kain, 10/29 2017 texts] [redacted] | AA-0000320 | |
| 87 | | | Red Samsung screenshot [Kain, 10/29 2017 texts] [redacted] | AA-0000321 | |
| 88 | | | Red Samsung screenshot [Kain, 10/30 2017 texts] [redacted] | AA-0000322 | |
| 89 | | | Red Samsung screenshot [Kain, 11/2 2017 texts] [redacted] | AA-0000323 | |
| 90 | | | Black Samsung screenshot ["About Phone" for -3572 phone, Galaxy J7 Prime] | AA-0000324 | |
| 91 | | | Black Samsung screenshot [picture of ledger w/ 10/25-26/17] | AA-0000325 | |
| 92 | | | Black Samsung screenshot [picture of ledger w/ 10/23/17] | AA-0000326 | |
| 93 | | | Black Samsung screenshot [picture of ledger w/ 10/20/17] | AA-0000327 | |
| 94 | | | Black Samsung screenshot [picture of ledger w/ 10/17/17] | AA-0000328 | |
| 95 | | | Black Samsung screenshot [picture of ledger w/ 10/15-16/17] | AA-0000329 | |
| 96 | | | Black Samsung screenshot [picture of ledger w/ 10/12-14/17] | AA-0000330 | |
| 97 | | | Black Samsung screenshot [picture of ledger w/ 10/10-11/17] | AA-0000331 | |
| 98 | | | Black Samsung screenshot [picture of ledger w/ 10/8-9/17] | AA-0000332 | |
| 99 | | | Black Samsung screenshot [Alvarez selfie holding phone] | AA-0000332 | |

UNITED STATES' SECOND CORRECTED SECOND AMENDED EXHIBIT LIST
Case No. 3:20-CR-00086-WHO-1                                         v. 7/10/2018

| | | | | | |
|---|---|---|---|---|---|
| 100 | | | Black Samsung screenshot [Alvarez selfie outside] | AA-0000334 | |
| 101 | | | Samsung cell phone extractions (Part 1 of 2) | AA-0000380 | |
| 102 | | | Samsung cell phone extractions (Part 2 of 2) | AA-0000381 | |
| 103 | | | T-Mobile Location alert "pings" | AA-000433 | AA-001743 |
| 104 | | | TruNarc Scan Reports dated 11-1-2017 re methamphetamine level analysis | AA-001746 | AA-001748 |
| 105 | | | Collection of jail calls by AA from S.F. County Jail (1,636 calls in Spanish) | AA-001749 | |
| 106 | | | DEA Chemical Analysis Report re cocaine (~34 grams) (DEA Exhibit 3), 8/19/2020 | AA-001750 | |
| 107 | | | DEA Chemical Analysis Report re heroin (~1778 grams) (DEA Exhibit 2), 8/19/2020 | AA-001751 | |
| 108 | | | DEA Chemical Analysis Report re methamphetamine (~196 grams) (DEA Exhibit 1), 8/27/2020 | AA-001752 | |
| 109 | | | Preliminary transcription of AA jail calls | AA-001839 | AA-001851 |
| 110 | | | Top Flight brand notebook | N/A | |
| 111 | | | Wexford brand Memo Book (including loose papers) | N/A | |
| 112 | | | Scanned page from Top Flight brand notebook | AA-001852 | |
| 113 | | | Scanned page from Top Flight brand notebook | AA-001853 | |
| 114 | | | Scanned page from Top Flight brand notebook | AA-001854 | |
| 115 | | | Scanned page from Top Flight brand notebook | AA-001855 | |
| 116 | | | Scanned page from Top Flight brand notebook | AA-001856 | |
| 117 | | | Scanned page from Top Flight brand notebook | AA-001857 | |
| 118 | | | Scanned page from Top Flight brand notebook | AA-001858 | |
| 119 | | | Scanned page from Top Flight brand notebook | AA-001859 | |
| 120 | | | Scanned page from Top Flight brand notebook | AA-001860 | |
| 121 | | | Scanned page from Top Flight brand notebook | AA-001861 | |
| 122 | | | Scanned page from Top Flight brand notebook | AA-001862 | |
| 123 | | | Scanned page from Top Flight brand notebook | AA-001863 | |
| 124 | | | Scanned page from Top Flight brand notebook | AA-001864 | |
| 125 | | | Scanned page from Top Flight brand notebook | AA-001865 | |
| 126 | | | Scanned page from Top Flight brand notebook | AA-001866 | |
| 127 | | | Scanned page from Top Flight brand notebook | AA-001867 | |
| 128 | | | Scanned page from Top Flight brand notebook | AA-001868 | |
| 129 | | | Scanned page from Top Flight brand notebook | AA-001869 | |
| 130 | | | Scanned page from Top Flight brand notebook | AA-001870 | |
| 131 | | | Scanned page from Top Flight brand notebook | AA-001871 | |
| 132 | | | Scanned page from Top Flight brand notebook | AA-001872 | |
| 133 | | | Scanned page from Top Flight brand notebook | AA-001873 | |
| 134 | | | Scanned page from Top Flight brand notebook | AA-001874 | |
| 134 | | | Scanned page from Top Flight brand notebook | AA-001875 | |
| 136 | | | Scanned page from Top Flight brand notebook | AA-001876 | |
| 137 | | | Scanned page from Top Flight brand notebook | AA-001877 | |
| 138 | | | Scanned page from Top Flight brand notebook | AA-001878 | |
| 139 | | | Scanned page from Top Flight brand notebook | AA-001879 | |
| 140 | | | Scanned page from Top Flight brand notebook | AA-001880 | |
| 141 | | | Scanned page from Top Flight brand notebook | AA-001881 | |
| 142 | | | Scanned page from Top Flight brand notebook | AA-001882 | |
| 143 | | | Scanned page from Wexford brand Memo Book | AA-001883 | |
| 144 | | | Scanned page from Wexford brand Memo Book | AA-001884 | |
| 145 | | | Scanned page from Wexford brand Memo Book | AA-001885 | |
| 146 | | | Scanned page from Wexford brand Memo Book | AA-001886 | |
| 147 | | | Scanned page from Wexford brand Memo Book | AA-001887 | |
| 148 | | | Scanned page from Wexford brand Memo Book | AA-001888 | |
| 149 | | | Scanned page from Wexford brand Memo Book | AA-001889 | |
| 150 | | | Scanned page from Wexford brand Memo Book | AA-001890 | |
| 151 | | | Scanned page from Wexford brand Memo Book | AA-001891 | |
| 152 | | | Scanned page from Wexford brand Memo Book | AA-001892 | |
| 153 | | | Scanned page from Wexford brand Memo Book | AA-001893 | |
| 154 | | | Scanned page from Wexford brand Memo Book | AA-001894 | |
| 155 | | | Scanned page from Wexford brand Memo Book | AA-001895 | |
| 156 | | | Scanned page from Wexford brand Memo Book | AA-001896 | |
| 157 | | | Scanned page from Wexford brand Memo Book | AA-001897 | |
| 158 | | | Scanned page from Wexford brand Memo Book | AA-001898 | |
| 159 | | | Scanned page from Wexford brand Memo Book | AA-001899 | |
| 160 | | | Scanned page from Wexford brand Memo Book | AA-001900 | |
| 161 | | | Scanned page from Wexford brand Memo Book | AA-001901 | |
| 162 | | | Scanned page from Wexford brand Memo Book | AA-001902 | |

| | | | | | |
|---|---|---|---|---|---|
| 163 | | | Scanned page from Wexford brand Memo Book | AA-001903 | |
| 164 | | | Scanned page from Wexford brand Memo Book | AA-001904 | |
| 165 | | | Scanned page from Wexford brand Memo Book | AA-001905 | |
| 166 | | | Scanned page from Wexford brand Memo Book | AA-001906 | |
| 167 | | | Scanned page from Wexford brand Memo Book | AA-001907 | |
| 168 | | | Scanned page from Wexford brand Memo Book | AA-001908 | |
| 169 | | | Scanned page from Wexford brand Memo Book | AA-001909 | |
| 170 | | | Methamphetamine (29,620 grams) (DEA Ex. #4) | N/A | |
| 171 | | | Methamphetamine (234.5 grams) (DEA Ex. #1) | N/A | |
| 172 | | | Heroin (1,848.6 grams) (DEA Ex. #2) | N/A | |
| 173 | | | Crack cocaine (66.6 grams) (DEA Ex. #3) | N/A | |
| 174 | | | Cigarette box | N/A | |
| 175 | | | Paper bag | N/A | |
| 176 | | | Samsung Red phone | N/A | |
| 177 | | | Samsung Silver phone | N/A | |
| 178 | | | Various packaging material | N/A | |
| 179 | | | Digital scale | N/A | |
| 180 | | | AA City College ID | N/A | |
| 181 | | | Black Charlie Sports bag | N/A | |
| 182 | | | Black Everest bag | N/A | |
| 183 | | | Gray BOSS bag | N/A | |
| 184 | | | White and blue plastic bag | N/A | |
| 185 | | | Keys | N/A | |
| 186 | | | Currency | N/A | |
| 187 | | | Counterfeit currency | N/A | |
| 188 | | | Image from Samsung seized from Alvarez on 11/1/17 | AA-001910 | |
| 189 | | | Image from Samsung seized from Alvarez on 11/1/17 | AA-001911 | |
| 190 | | | Image from Samsung seized from AA on 11/1/17 | AA-001912 | |
| 191 | | | Image from Samsung seized from AA on 11/1/17 | AA-001913 | |
| 192 | | | Image from Samsung seized from AA on 11/1/17 | AA-001914 | |
| 193 | | | Image from Samsung seized from AA on 11/1/17 | AA-001915 | |
| 194 | | | Image from Samsung seized from AA on 11/1/17 | AA-001916 | |
| 195 | | | Image from Samsung seized from AA on 11/1/17 | AA-001917 | |
| 196 | | | Image from Samsung seized from AA on 11/1/17 | AA-001918 | |
| 197 | | | Image from Samsung seized from AA on 11/1/17 | AA-001919 | |
| 198 | | | Image from Samsung seized from AA on 11/1/17 | AA-001920 | |
| 199 | | | Image from Samsung seized from AA on 11/1/17 | AA-001921 | |
| 200 | | | Image from Samsung seized from AA on 11/1/17 | AA-001922 | |
| 201 | | | Image from Samsung seized from AA on 11/1/17 | AA-001923 | |
| 202 | | | Image from Samsung seized from AA on 11/1/17 | AA-001924 | |
| 203 | | | Image from Samsung seized from AA on 11/1/17 | AA-001925 | |
| 204 | | | Image from Samsung seized from AA on 11/1/17 | AA-001926 | |
| 205 | | | Image from Samsung seized from AA on 11/1/17 | AA-001927 | |
| 206 | | | Image from Samsung seized from AA on 11/1/17 | AA-001928 | |
| 207 | | | Image from Samsung seized from AA on 11/1/17 | AA-001929 | |
| 208 | | | Image from Samsung seized from AA on 11/1/17 | AA-001930 | |
| 209 | | | Image from Samsung seized from AA on 11/1/17 | AA-001931 | |
| 210 | | | Image from Samsung seized from AA on 11/1/17 | AA-001932 | |
| 211 | | | Image from Samsung seized from AA on 11/1/17 | AA-001933 | |
| 212 | | | Image from Samsung seized from AA on 11/1/17 | AA-001934 | |
| 213 | | | Image from Samsung seized from AA on 11/1/17 | AA-001935 | |
| 214 | | | Image from Samsung seized from AA on 11/1/17 | AA-001936 | |
| 215 | | | Image from Samsung seized from AA on 11/1/17 | AA-001937 | |
| 216 | | | Image from Samsung seized from AA on 11/1/17 | AA-001938 | |
| 217 | | | Image from Samsung seized from AA on 11/1/17 | AA-001939 | |
| 218 | | | Image from Samsung seized from AA on 11/1/17 | AA-001940 | |
| 219 | | | Image from Samsung seized from AA on 11/1/17 | AA-001941 | |
| 220 | | | Image from Samsung seized from AA on 11/1/17 | AA-001942 | |
| 221 | | | Image from Samsung seized from AA on 11/1/17 | AA-001943 | |
| 222 | | | Image from Samsung seized from AA on 11/1/17 | AA-001944 | |
| 223 | | | Image from Samsung seized from AA on 11/1/17 | AA-001945 | |
| 224 | | | Image from Samsung seized from AA on 11/1/17 | AA-001946 | |
| 225 | | | Image from Samsung seized from AA on 11/1/17 | AA-001947 | |
| 226 | | | Image from Samsung seized from AA on 11/1/17 | AA-001948 | |
| 227 | | | Image from Samsung seized from AA on 11/1/17 | AA-001949 | |
| 228 | | | Image from Samsung seized filed AA on 11/1/17 | AA-001950 | |
| 229 | | | Image from Samsung seized from AA on 11/1/17 | AA-001951 | |
| 230 | | | Image from Samsung seized from AA on 11/1/17 | AA-001952 | |
| 231 | | | Image from Samsung seized from AA on 11/1/17 | AA-001953 | |

| | | | | |
|---|---|---|---|---|
| 232 | | 415-724-2968 (T-Mobile) Ping Analysis | N/A | |
| 233 | | DEA Chemical Analysis Report re ~25,629 grams of methamphetamine (DEA Exhibit 4), 9/22/2020 | AA-1954 | |
| 234 | | DEA Case Details Report | AA-001955 | AA-002147 |
| 235 | | SFPD evidence custodian record (received 2021-12-17) | AA-002174 | |
| 236 | | 11/1/2017 photos – exterior of Sanchez apartment | AA-0000149 | |
| 237 | | 11/1/2017 photos – intersection signs mear Sanchez apt | AA-0000150 | |
| 238 | | 11/1/2017 photos – front door at Sanchez apt | AA-0000151 | |
| 239 | | 11/1/2017 photos – photo of hallway at Sanchez apt | AA-0000152 | |
| 240 | | 11/1/2017 photos – living room at Sanchez apt | AA-0000153 | |
| 241 | | 11/1/2017 photos – bedroom at Sanchez apt | AA-0000154 | |
| 242 | | 11/1/2017 photos – bedroom at Sanchez apt | AA-0000155 | |
| 243 | | 11/1/2017 photos – room at Sanchez | AA-0000155 | |
| 244 | | 11/1/2017 photos – room at Sanchez apt | AA-0000156 | |
| 245 | | 11/1/2017 photos – room at Sanchez apt | AA-0000157 | |
| 246 | | 11/1/2017 photos – room at Sanchez apt | AA-0000158 | |
| 247 | | 11/1/2017 photos – room at Sanchez apt | AA-0000159 | |
| 248 | | 11/1/2017 photos – kitchen at Sanchez apt | AA-0000160 | |
| 249 | | 11/1/2017 photos – kitchen items at Sanchez apt | AA-0000161 | |
| 250 | | 11/1/2017 photos –entering room with drugs at Sanchez apt | AA-0000162 | |
| 251 | | 11/1/2017 photos – key that opens room with drugs at Sanchez apt | AA-0000163 | |
| 252 | | 11/1/2017 photos – discarded packaging in room with drugs at Sanchez apt | AA-0000164 | |
| 253 | | 11/1/2017 photos – shelves in room with drugs at Sanchez apt | AA-0000165 | |
| 254 | | 11/1/2017 photos –bagged meth in room with drugs at Sanchez apt | AA-0000166 | |
| 255 | | 11/1/2017 photos –bagged drugs in room with drugs at Sanchez apt | AA-0000167 | |
| 256 | | 11/1/2017 photos –AA and kids in room with drugs at Sanchez apt | AA-0000168 | |
| 257 | | 11/1/2017 photos – room with drugs at Sanchez apt | AA-0000169 | |
| 258 | | 11/1/2017 photos –bag with drugs in room with drugs at Sanchez apt | AA-0000170 | |
| 259 | | 11/1/2017 photos – "Luis" and other packaged drugs in room with drugs at Sanchez apt | AA-0000171 | |
| 260 | | 11/1/2017 photos – "Luis" and other packaged drugs in room with drugs at Sanchez apt | AA-0000172 | |
| 261 | | 11/1/2017 photos – drugs on bed | AA-0000173 | |
| 262 | | 11/1/2017 photos – close-up photo of drugs on bed | AA-0000174 | |
| 263 | | 11/1/2017 photos – white meth mixing station with scoop | AA-0000175 | |
| 264 | | 11/1/2017 photos – white meth mixing station with scoop and scale | AA-0000176 | |
| 265 | | 11/1/2017 photos – Cloro packages in room with drugs | AA-0000177 | |
| 266 | | 11/1/2017 photos – open drawer in room with drugs | AA-0000178 | |
| 267 | | 11/1/2017 photos – small table in room with drugs | AA-0000179 | |
| 268 | | 11/1/2017 photos – below small table in room with drugs | AA-0000180 | |
| 269 | | 11/1/2017 photos – MetroPCS receipt in room with drugs | AA-0000181 | |
| 270 | | 11/1/2017 photos – cash, silver mixing bowl, and items on bed | AA-0000182 | |
| 271 | | 11/1/2017 photos – meth next to silver mixing bowl | AA-0000183 | |
| 272 | | 11/1/2017 photos – close up of duffel bag | AA-0000184 | |
| 273 | | 11/1/2017 photos – AA wallet and Mexican ID | AA-0000185 | |
| 274 | | 11/1/2017 photos – tire under bed | AA-0000186 | |
| 275 | | 11/1/2017 photos – tire under bed showing cut open | AA-0000187 | |
| 276 | | 11/1/2017 photos – gray bag with Blue, Cloro, and other meth packages | AA-0000188 | |
| 277 | | 11/1/2017 photos – black bag with Cloro meth packages | AA-0000189 | |
| 278 | | 11/1/2017 photos – black bag with drugs inside | AA-0000190 | |
| 279 | | 11/1/2017 photos – cooler bag with drugs and baggies inside | AA-0000191 | |
| 280 | | 11/1/2017 photos – cig box, drugs, Tupperware, items on bed | AA-0000192 | |
| 281 | | 11/1/2017 photos – bed with meth, Tupperware, silver mixing bowl, white mixing station, scale phones, ledger | AA-0000193 | |
| 282 | | 11/1/2017 photos – ledger with ripped out pages | AA-0000194 | |
| 283 | | 11/1/2017 photos – ledger with ripped out pages | AA-0000195 | |
| 284 | | 11/1/2017 photos – ledger open to Feb and April 2017 dates | AA-0000196 | |
| 285 | | 11/1/2017 photos – seized $20 bills | AA-0000197 | |
| 286 | | 11/1/2017 photos – seized cash in various denominations | AA-0000198 | |
| 287 | | 11/1/2017 photos – seized cash in various denominations | AA-0000199 | |
| 288 | | 11/1/2017 photos – Luis, Blue drugs arrayed at station | AA-0000200 | |
| 289 | | 11/1/2017 photos – all drugs arrayed at station | AA-0000201 | |

UNITED STATES' SECOND CORRECTED SECOND AMENDED EXHIBIT LIST
Case No. 3:20-CR-00086-WHO-1                                                                                    v. 7/10/2018

| | | | | | |
|---|---|---|---|---|---|
| 290 | | | 11/1/2017 photos – small baggies of blue and white meth at station | AA-0000202 | |
| 291 | | | 11/1/2017 photos – sandwich bags of white meth at station | AA-0000203 | |
| 292 | | | 11/1/2017 photos – close of sandwich bags at station | AA-0000204 | |
| 293 | | | 11/1/2017 photos – black duffel bag at station | AA-0000205 | |
| 294 | | | 11/1/2017 photos – black bag and Cloro at station | AA-0000206 | |
| 295 | | | 11/1/2017 photos – black Everest duffel bag at station | AA-0000207 | |
| 296 | | | 11/1/2017 photos – all seized bags at station | AA-0000208 | |
| 297 | | | 11/1/2017 photos– Ziploc, Tupperware, Cloro at station | AA-0000209 | |
| 298 | | | 11/1/2017 photos – paper bag, cig box, blue & white meth bags at station | AA-0000210 | |
| 299 | | | 11/1/2017 photos– white shopping bag at station | AA-0000211 | |
| 300 | | | 11/1/2017 photos– gray duffel bag at station | AA-0000212 | |
| 301 | | | 11/1/2017 photos– black duffel bag at station | AA-0000213 | |
| 302 | | | 11/1/2017 photos– Everest duffel bag at station | AA-0000214 | |
| 303 | | | 11/1/2017 photos– $100, $2, $20s at station | AA-0000215 | |
| 304 | | | Clip from Nov. 5 2017 jail call with Mayel ["Everything was on the bed"] | AA-002177 | |
| 305 | | | Clip from Nov. 5 2017 jail call with Mayel ["They took everything from work"] | AA-002178 | |
| 306 | | | Clip from Nov. 5 2017 jail call with Mayel ["they searched everything" / "Ask him why did they catch me"] | AA-002179 | |
| 307 | | | Clip from Nov. 5 2017 jail call with Mayel ["I let my guard down"] | AA-002180 | |
| 308 | | | Clip from Nov. 8 2017 jail call with female ["My children?"] | AA-002181 | |
| 309 | | | Clip from Nov. 8 2017 jail call with female [talking to children] | AA-002182 | |
| 310 | | | Clip from Nov. 8 2017 jail call with female ["I did some stupid shit"] | AA-002183 | |
| 311 | | | Clip from Nov. 11 2017 jail call with Mayel ["They seized a lot of evidence, dude" / "What excuse am I going to make?"] | AA-002184 | |
| 312 | | | Clip from Nov. 11 2017 jail call with Mayel ["I had everything open in there" / "fingerprints everywhere" / "There is not much to argue in there"] | AA-002185 | |
| 313 | | | Clip from Nov. 12 2017 jail call with Karla ["They caught me on the first"] | AA-002186 | |
| 314 | | | Clip from Nov. 12 2017 jail call with Karla ["They caught me with all the things there and, what am I going to say?"] | AA-002187 | |
| 315 | | | Clip from Feb. 1, 2018 jail call with female ["they opened it with my key"] | AA-002188 | |
| 316 | | | Clip from Feb. 1, 2018 jail call with female ["They took the key away from me"] | AA-002189 | |
| 317 | | | Clip from Feb. 1, 2018 jail call with female ["They used my key to open it"] | AA-002190 | |
| 318 | | | Clip from March 21, 2018 jail call with female ["recovered the texts from the last three days" / "I don't use any bad words"] | AA-002191 | |
| 319 | | | Clip from March 23, 2018 jail call with female ["that other guy, Alejandro, didn't really live there" | AA-002192 | |
| 320 | | | GTL Detail Report [completed call logs], date range 11/3/2017 to 1/24/2020 | AA-002193 | AA-002273 |
| 321 | | | Selfie from Alvarez's phone in his bed from Alvarez phone | AA-002274 | |
| 322 | | | Pictures of bed sheets from Alvarez phone | AA-002275 | |
| 323 | | | Pictures of food being cooked on stove from Alvarez phone | AA-002276 | |
| 324 | | | Alvarez selfie on phone taken in apartment from Alvarez phone | AA-002277 | |
| 325 | | | Picture of red phone on silver phone from Alvarez phone | AA-002278 | |
| 326 | | | Selfies of Alvarez taken in apartment from Alvarez phone | AA-002279 | |

UNITED STATES' SECOND CORRECTED SECOND AMENDED EXHIBIT LIST
Case No. 3:20-CR-00086-WHO-1                                                                                 v. 7/10/2018