JOHN J. JORDAN, ESQ. (State Bar No. 175678)
601 Montgomery Street, Suite 850
San Francisco, CA 94111
Tel: (415) 391-4814
Fax: (415) 391-4309
Email:jjordanesq@aol.com

Counsel for Defendant
ALEJANDRO ALVAREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-20-0086-WHO |
| Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION CONTINUING CASE |
| v. ) | |
| ALEJANDRO ALVAREZ, ) | |
| Defendant. ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order confirming a sentencing date of September 8, 2022, at 1:30 p.m., and vacating the currently-scheduled sentencing hearing date of July 14, 2022. The parties agree, and the Court finds and holds, as follows:

1. The defendant is currently in the custody of the U.S. Marshal, at the Santa Rita County Jail.

2. This matter is currently set for sentencing on July 14, 2022.

3. The defendant is awaiting sentencing after being found guilty following a jury trial before this Court. The defendant is proceeding pro-se, with the assistance of the under-signed standby counsel. The Probation Department has prepared a final PSR, but the defendant has not yet physically received a copy of the PSR.

4. On July1, 2022, undersigned counsel had a video conference with the defendant, with the assistance of a Spanish speaking interpreter. Counsel reviewed the PSR electronically with the defendant. The defendant then asked counsel to seek a continuance of the sentencing date, to allow him time to receive a hard copy of the PSR, and to continue efforts to retain a lawyer to represent him at

sentencing.

5. On July 1, 2022, undersigned counsel emailed AUSAs Tartakovsky and James, as well as U.S Probation Officer Moy, who all indicated no objection to the Court continuing the sentencing date.

6. After consultation with the Court's courtroom deputy, the parties ask the Court to set a sentencing hearing on September 8, 2022, at 1:30 p.m.

7. As the defendant has been found guilty after a jury trial, the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), do not apply.

8. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for continuing the sentencing hearing of the defendant.

6. Accordingly, and with the consent of the defendant, the Court:

(1) confirms a sentencing date on September 8, 2022, at 1:30 p.m.

(2) vacates the currently-scheduled hearing date of July 14, 2022.

IT IS SO STIPULATED.

DATED: July 7, 2022.

United States Attorney

*/s/ Joseph Tartakovsky*
JOSEPH TARTAKOVSKY
Assistant United States Attorney

/s/  John J. Jordan
JOHN J. JORDAN
Counsel for the Defendant

IT IS SO ORDERED.

DATED: _____

HON. WILLIAM H. ORRICK
United States District Judge