# EXHIBIT D



*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*     *(415)436-7200*
*450 Golden Gate Ave., Box 36055*
*San Francisco, CA 94102-3495*     *FAX: (415)436-7234*

May 27, 2022

Dear Mr. Alvarez,

    I write to ask one last time if you are interested in doing the "safety value" debrief with the government. This safety value debrief process means that, in a physical meeting or Zoom call with us, you would truthfully answer all of our questions about the drug-distribution conduct you were charged with (but not other conduct). *See* 18 U.S.C. § 3553(f). If you do that, with the information we have, you likely qualify for the safety valve. The advantage of doing this proffer is that you would likely no longer be subject to the ten-year mandatory minimum sentence. All that said, the government reserves the right to determine that you are not eligible for safety valve.

    I send this letter because I want to make sure that you understand the implications of not conducting the proffer. I do not want you to be disadvantaged by not having counsel, even though two lawyers have told me that they have explained the safety value process to you.

    If you wish to discuss, please send a letter back and we can set up a call.

    Sincerely,

    STEPHANIE M. HINDS
    United States Attorney

    _____/s/_____
    Joseph Tartakovsky
    Assistant United States Attorney

Estimado Señor Álvarez,

Le escribo para preguntarle por última vez si está interesado en hacer el informe de "safety valve" con el gobierno. Este "safety valve" proceso significa que, en una reunion física o una llamada de Zoom con nosotros, respondería con sinceridad todas nuestras preguntas sobre la conducta de distribución de drogas por la que se le acusó (pero no sobre otra conducta). Ver 18 U.S.C. § 3553 (f). Si lo hace, con la información que tenemos, es probable que califique para la "safety valve." La ventaja de hacer esta oferta es que probablemente ya no estará sujeto a la sentencia mínima obligatoria de diez años. Dicho todo esto, el gobierno se reserva el derecho de determinar que usted no es elegible para la "safety valve."

Le envío esta carta porque quiero asegurarme de que comprende las implicaciones de no realizar la propuesta. No quiero que esté en desventaja por no tener un abogado, aunque dos abogados me han dicho que le han explicado el proceso de "safety value."

Si desea conversar, envíe una carta de vuelta y podemos programar una llamada.