UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** September 8, 2022    **Time:** 6 minutes    **Judge:** WILLIAM H. ORRICK
2:20 p.m. to 2:26 p.m.

**Case No.**: 20-cr-00086-WHO-1    **Case Name:** UNITED STATES v. Alvarez

**Attorney for Plaintiff:** Joseph Tartakovsky
**Attorney for Defendant:** John Jordan (Stand by Counsel)
Defendant **Alejandro Alvarez**, pro se – present, in custody

**Deputy Clerk:** Jean Davis    **Court Reporter:** Marla Knox
**Interpreter:** Victor Martinez (Spanish)    **Probation Office** Aaron Tam

Parties appear for sentencing hearing. Defense counsel raises the issue of Mr. Alvarez's desire to attempt to qualify for a safety valve reduction. The government is willing to engage in a proffer session with the government, which is set for September 14, 2022 at 3:00 p.m. Sentencing is rescheduled for **September 29, 2022 at 1:30 p.m.** Mr. Alvarez is warned that no further continuances will be granted and absolutely no gamesmanship will be tolerated.