ALEJANDRO ALVAREZ
Defendant Pro-Se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR No. 20-0086-WHO |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **NOTICE OF APPEAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| ALEJANDRO ALVAREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PLEASE TAKE NOTICE that ALEJANDRO ALVAREZ, the defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment and conviction, entered in this action on September 29, 2022, in the United States District Court for the Northern District of California.

October 7, 2022.                    Respectfully submitted,


                    */s/ Alejandro Alvarez*
                    ALEJANDRO ALVAREZ
                    Defendant  Pro-Se